IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MICAH DAVIDSON,

        Petitioner,

v.                                                          Case No. 5D17-1604

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed December 1, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Micah Davidson, Wewahitchka, *pro se.*

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the September 16, 2016, order on pro se motion to withdraw plea upon remand, filed in Case Nos. 2011-CF-1958, 2011-CF-1959, 2011-CF-1960, and 2014-CF-103021, in the Circuit Court in and for Volusia County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

        PETITION GRANTED.

ORFINGER, BERGER, and WALLIS, JJ., concur.